HARVEY OLECK, Doing Business as HOME OWNERS DIRECTORY, Respondent, *v.* HUGO E. GAUTHIER et al., Doing Business as NORTH SHORE ROOFING Co., Appellants.

Supreme Court, Appellate Term, Second Department, December 30, 1948.

*John R. Hawthorne* for appellants.

*Lawrence Krauss* for respondent.

*Per Curiam.* Plaintiff failed to prove a prima facie case. The evidence does not establish the distribution of 20,000 copies of his " Classified Directory " to " selected HOME OWNERS located in the five Boros of New York City," as agreed.

The judgment and order should be unanimously reversed upon the law, and new trial granted, with $30 costs to defendants to abide the event.

STEINBRINK, RUBENSTEIN and COLDEN, JJ., concur.

Judgment and order reversed, etc.